858

Sylvester WILLIAMS, Jr., Petitioner

v.

UNITED STATES POSTAL
SERVICE, Respondent

2015–3163

United States Court of Appeals,
Federal Circuit.

Filed July 19, 2016

PAUL MICHAEL SCHOENHARD, Ropes &
Gray LLP, Washington, DC, argued for
petitioner. Also represented by SAMUEL
LAWRENCE BRENNER, Boston, MA.

DANIEL S. HERZFELD, Commercial Litiga-
tion Branch, Civil Division, United States
Department of Justice, Washington, DC,
argued for respondent. Also represented
by BENJAMIN C. MIZER, ROBERT E. KIRSCH-
MAN, JR., ELIZABETH M. HOSFORD; ALICE L.A.
COVINGTON, Office of the General Counsel,
United States Postal Service, Washington,
DC.

(Newman, Moore, and O'Malley, Circuit
Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Stopinc AKTIENGESELLSCHAFT,
Plaintiff–Appellant

v.

J.W. HICKS, INC., Defendant–Appellee

2016–1102

United States Court of Appeals,
Federal Circuit.

Filed July 19, 2016

Gerard F. Dunne, Law Office of Gerard
F. Dunne, P.C., New York, NY, argued for
plaintiff-appellant.

Dale Randall Brown, Barnes & Thorn-
burg LLP, Fort Wayne, IN, argued for
defendant-appellee. Also represented by
Alice Jane Springer, Elkhart, IN.

(Newman, Chen, and Hughes, Circuit
Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**